UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TIMOTHY VILSACK,<br><br>        Defendant. | CASE NO. 05CR0527-JAH<br><br>ORDER |

    Upon the motion of the United States Attorney, and good cause appearing therefrom,

    IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed with prejudice as to defendant TIMOTHY VILSACK.

DATED: May 16, 2013

_____
HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE